

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-19-00771-CV

Kent B. **HOFFMAN**, et al.,
Appellants

v.

Andrew M. **THOMSON**, et al.,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0008-CV-C, Consolidated M-17-0034-CV-B
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before April 3, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court